AUSA

FILED
APR 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: '08 MJ 8329 |
| v. | COMPLAINT FOR VIOLATION OF |
| Mariel Griselda RAMOS-Legg | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about April 15, 2008, within the Southern District of California, defendant Mariel Griselda RAMOS-Legg did knowingly and intentionally import approximately 36.90 kilograms (81.18 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21,United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16TH, DAY OF APRIL 2008.

Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Mariel Griselda RAMOS-Legg

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Joe Morquecho.

On April 15, 2008, at approximately 1030 hours, Mariel Griselda RAMOS-Legg entered the United States at the Calexico, California, West Port of Entry. RAMOS was the driver of 2007 Chrysler Cirrus.

Pre-primary inspection operations were being conducted by Customs Border Protection (CBP) Officers when RAMOS entered entry lanes. Canine Enforcement Officer (CEO) Randolph screened the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). CEO Randolph noted his Narcotic Detector Dog alerted to the vehicle being driven by RAMOS. RAMOS gave Officer Brown a negative oral Customs declaration and claimed ownership of the vehicle. Officer Brown referred RAMOS and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Huerta received a negative oral Customs declaration from RAMOS. RAMOS stated she was the owner of the vehicle and was on her way to shop at Wal-Mart and Toys R Us in Calexico. CEO Randolph noted his NDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed 30 packages in the rocker panels of the vehicle. Officer Huerta probed one of the packages and a sample of a white powdery substance was obtained, which field tested positive for cocaine. The 30 packages had a combined net weight of approximately 36.90 kilograms (81.18 pounds) of cocaine.

RAMOS was placed under arrest and advised of her Constitutional Rights, which she acknowledged. RAMOS denied knowledge of narcotics concealed within the vehicle. RAMOS stated she thought something was in the vehicle. RAMOS stated her "tio" ("tio" means uncle) bought her the vehicle. RAMOS stated "tio" is a person whom she calls "tio", but not related to her. RAMOS stated she was going to be given the vehicle for helping "tio" cross the car into the United States. RAMOS stated she wasn't going to keep the vehicle. RAMOS stated she was going to be called by a representative of "tio" and told where she was to leave the vehicle.