FILED
MAY 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARIEL GRISELDA RAMOS-LEGG, Defendant. | Criminal Case No. 08CR1539-H<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

On or about April 15, 2008, within the Southern District of California, defendant MARIEL GRISELDA RAMOS-LEGG, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 36.90 kilograms (81.18 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 13, 2008.

KAREN P. HEWITT
United States Attorney

[signature]

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
5/12/08