KAREN P. HEWITT
United States Attorney
DOMINIC E. KARDUM
Assistant U.S. Attorney
California State Bar No. 229420
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
Email: dominic.kardum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIEL GRISELDA RAMOS-LEGG<br>Defendant. | Criminal Case No. 08-CR-1539-H<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

1. None..

//

//

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

1. Gregory F. Noonan.

Please feel free to call me if you have any questions about this notice.

DATED: August 19, 2008.

KAREN P. HEWITT
United States Attorney

s/Dominic E. Kardum
DOMINIC E. KARDUM
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIEL GRISELDA RAMOS-LEGG,<br><br>Defendant. | ) | Criminal Case No. 08-CR-1539-H<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Elizabeth Barros
   Federal Defenders Inc.
   225 Broadway, Suite 900
   San Diego, CA 92101-5008
   Elizabeth_Barros@fd.org.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 19, 2008.

s/Dominic E. Kardum
DOMINIC E. KARDUM
Assistant U.S. Attorney